226 West Second Street
Flint, MI 48502

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.:   10–33740–dof
Chapter:   13

In Re: (NAME OF DEBTOR(S))

Michael T Szukhent                                    Terri L Szukhent
1308 Coutant                                          1308 Coutant
Flushing, MI 48433                                    Flushing, MI 48433

Social Security No.:

xxx–xx–8167                                           xxx–xx–9833

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be filed within **14** days from the date the bankruptcy petition was filed:

☐ Declaration and Signature of Non–Attorney Bankruptcy Petition Preparer (Form 19)

☑ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income Form 22C

☑ Attorney Disclosure of Compensation Statement            ☐ Schedule B

☐ Certificate of Budget and Credit Counseling              Schedule C:

☐ Declaration of Penalty of Perjury                        ☐ Debtor

☑ Statistical Summary of Certain Liabilities               ☐ Joint Debtor

☑ Statement of Financial Affairs                           ☐ Schedule D

☑ Chapter 13 Plan                                          ☐ Schedule E

☐ Tax ID                                                   ☐ Schedule F

☐ Application to Pay the Filing Fee in Installments         ☐ Schedule G

☑ Declaration Concerning Debtor's Schedules                ☐ Schedule H

☑ Summary of Schedules                                     ☐ Schedule I

☑ Schedules A–J                                            ☐ Schedule J

☐ Schedule A

The missing document(s) must be filed on or before **7/19/10** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 7/6/10

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court