UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:
DEBTOR (S) Michael T. Szukhent Terri L. Szukhent

Case No: 10-33740-DOF
CHAPTER 13 PROCEEDINGS
JUDGE DANIEL OPPERMAN

ATTORNEY: John A Zintsmaster
DATE FILED: 07/05/10
CLAIMS BAR DATE: 11/08/10
CONFIRMATION DATE: 09/14/10

**TRUSTEE'S OBJECTION TO CONFIRMATION**

☐ First Payment has not posted  ☒ Plan is unfeasible  ☒ Payment Order has not been filed

☐ Plan does not meet Best interest test $ [        ]

☐ Plan does not meet Means test:  ☐ must be a 60 month  ☐ must pay $ [        ] to unsecured or affidavit required.

☐ DSO Certificate will be required at Confirmation  ☐ Increase dividend to unsecured creditors to at least 10%

☐ Reconcile net income on schedule J with Plan payment

☒ Amend Plan to provide/clarify treament for [student loans - are debtors paying direct or inside plan?]

☐ Amend Plan to pay the following through Trustee's Office [        ]

☒ Amend Schedules for the following: [amend schedule J to delete mortgage payment & inc funding to plan]

☒ Trustee objects to disposable income and requests verfication or amendment to the following budget items:
[$250. cell phones]
[        ]

☐ Trustee objects to the payment of [        ]

☐ Exemptions are not accurate [        ]

Provide the following to the Trustee by [        ] :
   ☐ Tax Return   ☐ 60 days of pay stubs   ☐ titles to: vehicles [        ]   ☒ recorded mortgages
   ☐ business's budget   ☐ amortization schedule for [        ]

OCP to state the following:
   ☐ 100% of tax refunds   ☐ 100% to unsecured creditors
   ☐ Stay is lifted as to [        ]
   ☐ Plan payments shall increase by $ [        ] in [        ]

Other issues [(1) amend SOFA #7 to explain $250. p/m to charities on schedule J]
[        ]

**NATURE OF THE PLAN**-The Trustee interprets the nature of the Plan to be:

☒ Percentage plan [32] % to unsecured or [60] months from confirmation-whichever is the greater dividend

☐ Base Plan-completed upon the Trustee receiving $ [        ] in addition to the receipts prior to confirmation.

   Estimated % to unsecured is [    ] % in ( [    ] ) months.

**Confirmation recommended**   ☐ Yes [    ] % in [    ] months   ☒ No

WHEREFORE, unless the above terms are satisfied, the Chapter 13 Trustee requests that this Honorable Court deny confirmation of the Debtor's (s') Plan, dismiss this case, allow an administrative expense of $100.00 to the Trustee and provide other relief as is just.

/s/ Carl L. Bekofske

Dated: August 11, 2010

Stephanie

Carl L. Bekofske, Standing Chapter 13 Trustee
400 N. Saginaw St. Ste 331., Flint, MI 48502
(810) 238-4675   ECF@flint13.com
P-10645